1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| RASHA MOHAMMAD and All Persons Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE GENERAL CONSULATE OF THE STATE OF KUWAIT, aka CONSULATE OF THE STATE OF KUWAIT IN LOS ANGELES, aka THE ROYAL CONSULATE OF THE STATE OF KUWAIT, THE STATE OF KUWAIT aka THE NATION OF KUWAIT, AND DOES 1 through 100, Inclusive,<br><br>Defendants. | No. 2:20-CV-2513-MWF-MAA<br><br>**ORDER RE. STIPULATION TO STAY PENDING APPEAL [55]; ORDER DENYING MOTION TO STAY [52] AS MOOT; ORDER DENYING MOTION TO DISMISS [50] WITHOUT PREJUDICE**<br><br>Judge:  Hon. Michael W. Fitzgerald<br><br>Complaint filed:  September 4, 2018 |

116193315

1

**ORDER**

2      Having considered Plaintiff Rasha Mohammad ("Plaintiff") and Defendant

3  General Consulate of The State of Kuwait in Los Angeles' ("Defendant") Stipulation

4  to Stay Pending Appeal (Docket No. 55), and good cause appearing therefor, IT IS

5  ORDERED that this action shall be stayed pending resolution of the Consulate's

6  appeal to the United States Court of Appeals for the Ninth Circuit.

7      IT IS FURTHER ORDERED that Defendant's Motion to Stay Pending Appeal

8  (Docket No. 52) is DENIED as moot, and Defendant's Motion to Dismiss (Docket

9  No. 50) is DENIED without prejudice.  The Motion to Dismiss may be re-filed

10  following a mandate from the Ninth Circuit on Defendant's appeal.

11      **IT IS SO ORDERED.**

12

13  DATED:  December 18, 2020

14

15  _____

16  MICHAEL W. FITZGERALD
   United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

116193315